1  **SODW**
LYNN V. RIVERA, ESQ.
2  NEVADA BAR NO. 6797
**RESNICK & LOUIS**
3  8925 W. Russell Road, Suite 220
Las Vegas, Nevada 89148
4  Telephone:    (702) 997-3800
Email:        lrivera@rlattorneys.com
5
Attorneys for Defendant
6  HOME DEPOT U.S.A., INC.

7

8

9

10                    UNITED STATES DISTRICT COURT

11                         DISTRICT OF NEVADA

12  KEVIN MITCHELL, an individual,          Case No.: 2:21-cv-01778-RFB-BNW

13            Plaintiff,
                                            **STIPULATION AND ORDER FOR**
14  v.                                      **DISMISSAL WITH PREJUDICE**

15  HOME DEPOT U.S.A., INC.; a foreign
corporation; DOES 1-20; and ROE
16  COMPANIES 1-20, inclusive,

17            Defendants.

18

19        It is hereby stipulated, by and between Plaintiff, KEVIN MITCHELL, by and through

20  his attorneys of record, Scott Philippus,, Esq., of the law firm of HICKS & BRASIER, LLC and

21  Defendant, HOME DEPOT USA, INC., by and through their attorneys of record, Lynn Rivera,

22  Esq., of the law firm of RESNICK & LOUIS, P.C., that Plaintiff KEVIN MITCHELL's

23  Complaint against Defendant should be dismissed with prejudice each party to bear their

24
25  own respective costs, and attorneys' fees.

26  / / /

27  / / /

28
                                            1
STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE          Case No. 2:21-cv-01778-
                                                           RFB-BNW

1

2   DATED: this 12th day of December 2022   **RESNICK & LOUIS, P.C.**

3

4                                                   By _____

5                                                   LYNN V. RIVERA, ESQ.
                                                    Attorneys for Defendant
6                                                   HOME DEPOT U.S.A., INC.

7   DATED this 12th day of December 2022   **HICKS & BRASIER, LLC**

8

9                                                   _____ for Scott Philippus

10                                                  Scott Philippus, Esq.
                                                    2630 S. Jones Boulevard
11                                                  Las Vegas, NV  89146
                                                    Attorneys for Plaintiff

12

13                              *ORDER*

14

15          IT IS SO ORDER that on this __12th__ day of __December__, 2022, that the above-

16   caption case is dismissed with prejudice.

17

18                                                  _____

                                                    RICHARD F. BOULWARE, II
19                                                  UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28
                                                    2

1

2

### CERTIFICATE OF SERVICE
### KEVIN MITCHELL v. HOME DEPOT U.S.A., INC.
#### Case No.:  2:21-cv-01778-RFB-BNW

3

4

I hereby certify that on the 12th day of December 2022, I electronically served and transmitted a true and correct copy of the foregoing **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** to the foregoing via E-mail to the following counsel of record:

5

6

Scott Philippus, Esq.

7

HICKS & BRASIER, LLC
2630 S. Jones Boulevard

8

Las Vegas, NV  89146
Attorneys for Plaintiff

9

Scott@lvattorneys.com

10

11

12

*Breean Boatwright*

13

Breean Boatwright

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE               Case No. 2:21-cv-01778-RFB-BNW